# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Harold Shelton Jr<br>    Shaunique N Shelton<br>              Debtor(s) | Case No. 10 B 17446 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/20/2010.

2) The plan was confirmed on 06/09/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/09/2010, 06/01/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/22/2012.

5) The case was Converted on 03/02/2012.

6) Number of months from filing to last payment: 23.

7) Number of months case was pending: 31.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $5,653.89 |
| Less amount refunded to debtor | $200.00 |

**NET RECEIPTS:** **$5,453.89**

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,894.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $261.60 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$4,155.60**

Attorney fees paid and disclosed by debtor: $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFNI | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 965.00 | NA | NA | 0.00 | 0.00 |
| American Collection Corp | Unsecured | 281.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 388.00 | 187.91 | 187.91 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 781.00 | 530.00 | 530.00 | 0.00 | 0.00 |
| America's Financial Choice Inc | Unsecured | 856.15 | 856.15 | 856.15 | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | NA | 267.55 | 267.55 | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 1,325.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 1,051.00 | NA | NA | 0.00 | 0.00 |
| Balaban Furniture Ltd | Unsecured | 894.00 | NA | NA | 0.00 | 0.00 |
| Cash Transfers Center | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Check Into Cash | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Chela Financial Inc | Unsecured | 1,919.00 | NA | NA | 0.00 | 0.00 |
| Chela Financial Inc | Unsecured | 3,009.00 | NA | NA | 0.00 | 0.00 |
| Chela Financial Inc | Unsecured | 1,536.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 1,300.00 | 6,463.91 | 6,463.91 | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 500.00 | 1,970.69 | 1,970.69 | 0.00 | 0.00 |
| Consumer Portfolio Services | Secured | 11,443.00 | 11,443.00 | 11,443.00 | 675.39 | 622.90 |
| Consumer Portfolio Services | Unsecured | NA | 692.33 | 692.33 | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 520.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 541.00 | NA | NA | 0.00 | 0.00 |
| Direct TV | Unsecured | 1,024.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 204.00 | NA | NA | 0.00 | 0.00 |
| Genesis Financial Svcs DBA USA Webca: | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Get Cash USA | Unsecured | NA | 440.03 | 440.03 | 0.00 | 0.00 |
| Get E Cash | Unsecured | 300.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| Get E Cash | Unsecured | 440.03 | NA | NA | 0.00 | 0.00 |
| Get E Cash | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Healthcare Associates Credit Union | Unsecured | 1,053.26 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | NA | 222.21 | 222.21 | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Student Assistance Commission | Unsecured | NA | 20,968.72 | 20,968.72 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 475.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 472.00 | 409.13 | 409.13 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 457.00 | 475.13 | 475.13 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 224.00 | 212.22 | 212.22 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 709.00 | 709.34 | 709.34 | 0.00 | 0.00 |
| Kingston Financial | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau Inc | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 1,106.00 | 1,110.56 | 1,110.56 | 0.00 | 0.00 |
| MRSI | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Services Inc | Unsecured | 1,209.00 | NA | NA | 0.00 | 0.00 |
| Pack Management Group | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Partners Financial Services | Unsecured | 2,828.75 | 2,828.75 | 2,828.75 | 0.00 | 0.00 |
| Payday Loan | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Penn Credit Corp | Unsecured | 2,554.42 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 379.93 | 379.93 | 379.93 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 530.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 734.00 | NA | NA | 0.00 | 0.00 |
| Premier Credit | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| Professional Account Management | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 92.31 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | NA | 92.31 | 92.31 | 0.00 | 0.00 |
| Robert Morris College | Unsecured | 1,988.00 | NA | NA | 0.00 | 0.00 |
| Robert Morris College | Unsecured | 1,440.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 2,465.00 | 2,502.37 | 2,502.37 | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 3,153.00 | 3,481.65 | 3,481.65 | 0.00 | 0.00 |
| Salute Visa | Unsecured | 1,060.00 | NA | NA | 0.00 | 0.00 |
| SLC Conduit | Unsecured | 2,053.00 | NA | NA | 0.00 | 0.00 |
| SLC Conduit | Unsecured | 973.00 | NA | NA | 0.00 | 0.00 |
| SLC Conduit | Unsecured | 2,596.00 | NA | NA | 0.00 | 0.00 |
| SLC Conduit | Unsecured | 1,603.00 | NA | NA | 0.00 | 0.00 |
| SLC Conduit | Unsecured | 2,921.00 | NA | NA | 0.00 | 0.00 |
| SLC Conduit | Unsecured | 2,226.00 | NA | NA | 0.00 | 0.00 |
| Sprint Nextel | Unsecured | NA | 204.12 | 204.12 | 0.00 | 0.00 |
| Ssm Group LLC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 1,407.00 | 3,752.66 | 3,752.66 | 0.00 | 0.00 |
| Uptown Cash | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Village of Evergreen Park | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|    Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|    Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
|    Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
|    All Other Secured | $11,443.00 | $675.39 | $622.90 |
| **TOTAL SECURED:** | **$11,443.00** | **$675.39** | **$622.90** |
| **Priority Unsecured Payments**: | | | |
|    Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|    Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|    All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$49,057.67** | **$0.00** | **$0.00** |

| **Disbursements:** | |
|---|---|
|    Expenses of Administration | $4,155.60 |
|    Disbursements to Creditors | $1,298.29 |
| **TOTAL DISBURSEMENTS** : | **$5,453.89** |

    12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/20/2012         By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**